**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Tom H. Bonadurer** | : | **Case No.: 14-33202** |
| **Michelle Bonadurer** | : | **Chapter 13** |
| | : | **Judge LaShonda A. Hunt** |
| **Debtor.** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Comes now Todd J. Ruchman and enters his appearance as counsel for Bank of America, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send any and all notices issued in this case to the undersigned at the address below.

                Respectfully submitted,

                /s/ Todd J. Ruchman
                Todd J. Ruchman (6271827)
                Keith Levy
                Sarah E. Barngrover
                Adam B. Hall
                Edward H. Cahill
                Umair M. Malik
                Manley Deas Kochalski LLC
                P.O. Box 165028
                Columbus OH  43216-5028
                Telephone: 614-220-5611
                Fax: 614-627-8181
                Attorneys for Movant
                The case attorney for this file is Todd J. Ruchman.
                Contact email is tjruchman@manleydeas.com

14-025816_CJP

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Marilyn O. Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, courtdocs@chi13.com

David M Siegel, Attorney for Tom H. Bonadurer and Michelle Bonadurer, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090, davidsiegelbk@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 4, 2018:

Tom H. Bonadurer and Michelle Bonadurer, 11312 Avenue J, Chicago, IL 60617

Tom H. Bonadurer, Michelle Bonadurer and Rosemary Hurley, 11312 South Avenue J, Chicago, IL 60617

/s/ Todd J. Ruchman

14-025816_CJP